IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>    vs.<br><br>JEREMIAH STARR,<br><br>             Defendant. | MJ-25-  6  -M-KLD<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including

the Application and Complaint filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the limited

purposes of providing copies of documents in discovery, upon initial appearance

on an Indictment, or any other charging document, by any defendant related to this

complaint and service/receipt of request for discovery by defense counsel, pursuant

to Fed. R. Crim. P. 16.

DATED this _10th_ day of February, 2025.

Kathleen L. DeSoto
U.S. Magistrate Judge